Chairman, Hon. David Cybulski; Member, Hon. Katherine R. Curtis and Member, Hon. Marc Buyske.

# JULY 2002 CALENDAR

**From: The District Court of the 18th Judicial District.
County of Gallatin.**

STATE OF MONTANA,
    Plaintiff,                                  No. DC-01-61
vs.                                             Decision
DAVID P. CURTIN,
    Defendant.

On March 8, 2002, the defendant was sentenced to ten (10) years in the Montana State Prison, with five (5) years suspended, for the offense of Criminal Endangerment, a felony. For the use of a weapon, the defendant shall serve five (5) years in the Montana State Prison, with three (3) years suspended, to be served consecutively to the sentence for Criminal Endangerment.

On July 18, 2002, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by William Bartlett. The state was represented by Gary Balaz.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 17 of the Rules of the Sentence Review Division of the Supreme Court of Montana provides that "the sentence imposed by the District

Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (§46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

Therefore, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 18th day of July, 2002.

DATED this 13th day of August, 2002.

Chairman, Hon. David Cybulski; Member, Hon. Katherine R. Curtis and Member, Hon. Marc Buyske.